## SMITH, *Appellant*, v. DYE.

1. **Vendor and Vendee :** FRAUDULENT REPRESENTATIONS. Fraudulent representations by a vendor to the vendee must, in order to set aside the conveyance, be as to a material fact, must be likely to deceive, must have been relied upon, and must have contributed directly to the injury.

2. ———— : ————. A statement by the vendor, an attorney, that the allowed claim against a receiver, sold by him to another attorney, would be collected, cannot be made the foundation of an action by the latter, where the former stated all the material facts bearing on the claim sold.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*Henry H. Dennison* for appellant.

*Truman A. Post* for respondent.

PER CURIAM.—This case is affirmed on the authority of the opinion of the court of appeals. 15 Mo. App. 585. Sherwood, J., dissents.

* These syllabi are taken from 15 Mo. App. 585.